UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BARBARA ANN CATO, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-cv-00382 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendant. | ) | |

**ORDER**

Before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 18), recommending the Court affirm the final decision of the Commissioner. Plaintiff did not file timely objections. After a de novo review of the record, the Court agrees that the ALJ applied the correct legal standards and substantial evidence supports the ALJ's decision. Blakely v. Comm'r of Soc. Sec., 581 F.3d 399, 405-06 (6th Cir. 2009) (citing Key v. Callahan, 109 F.3d 270, 273 (6th Cir. 1997)). The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Record (Doc. No. 15) is **DENIED**. The final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE